# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

MICHAEL LAVERN MORRIS,

    Plaintiff,

v.                              CASE NO. 3:21cv187-MCR-EMT

COMMISSIONER COONROD, et al.,

    Defendants.

_____/

## **O R D E R**

The chief magistrate judge issued a Report and Recommendation on May 19, 2021. ECF No. 11. Plaintiff was furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The chief magistrate judge's Report and Recommendation, ECF No. 11, is adopted and incorporated by reference in this Order.

2. This action is **DISMISSED with prejudice**, pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(ii), 1915A(b)(1).

3. All pending motions are **DENIED** as moot.

4. The clerk of court is directed to enter judgment in accordance with this order and close this case.

**DONE AND ORDERED** this 29th day of June 2021.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**